BARRY J. PORTMAN
Federal Public Defender
NED SMOCK
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant VENEGAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-0163 SBA |
| ) | |
| Plaintiff, ) | **STIPULATION AND ORDER** |
| ) | **ADVANCING CHANGE OF PLEA AND** |
| v. ) | **SENTENCING DATE** |
| ) | |
| LUIS VENEGAS, ) | Hearing Date:   June 16, 2009 |
| ) | Requested Date:   May 5, 2009 |
| Defendant. ) | |
| _____) | |

The above-captioned matter is set on June 16, 2009 for change of plea and sentencing. On March 23, 2009, the parties submitted a proposed Rule 11(c)(1)(C) plea agreement to the Court, and United States Probation was asked to prepare a criminal history presentence report. That presentence report was submitted to the Court on April 8, 2009. The parties therefore jointly request that the date for entry of plea and sentencing be advanced from June 16, 2009 to May 5, 2009. The assigned United States Probation Officer is available on that date. At the last appearance in this matter, the Court entered an order excluding time between March 23, 2009 and June 16, 2009.

April 27, 2009                                        /s/
                                                            NED SMOCK
                                                            Assistant Federal Public Defender

Stip to Advance, CR 09-0163 SBA                    1

April 27, 2009                              /s/
                                   DOMINIQUE THOMAS
                                   Assistant United States Attorney

    I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

**ORDER**

    Based on the reasons provided in the stipulation of the parties above, IT IS HEREBY ORDERED THAT the change of plea and sentencing hearing date of June 16, 2009 is advanced to May 5, 2009 at 10:00 a.m.

    IT IS SO ORDERED.

 4/27/09                                   _Saundra B Armstrong_
Date                                       HON. SAUNDRA BROWN ARMSTRONG
                                           United States District Judge